CHARLES CHAMBERS *et al.*, Respondents, *v.* WM. MCGIVERON *et al.*, Appellants.

Judgment affirmed.

*Appeal from St Louis Circuit Court.*

*Glover & Shepley*, for respondents.

*R. S. McDonald*, and *Krum & Decker*, for appellants.

HOLMES, Judge, delivered the opinion of the court.

This was an action of ejectment. The defense rested on the statute of limitations, and the plaintiffs had a verdict. The case appears to have been submitted to the jury under correct instructions, and we find no reason for disturbing the verdict.

Judgment affirmed. The other judges concur.